# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      vs.<br><br>AUDUL YIGAEL GUTIERREZ (2),<br><br>             Defendant. | CASE NO. 12cr5212 BTM<br><br>**JUDGMENT OF DISMISSAL** |

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in caseÁFǴã€GǧFËÑÚR against the defendant á^äÁ\he Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal, without prejudice; or

_____  the Court has granted the motion of the defendant for a judgment of acquittal; or

_____  a jury has been waived, and the Court has found the defendant not guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

21:841 and 846 - Possession of Marijuana for Distribution and

Conspiracy to Posses Marijuana with Intent to Distribute

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/22/2013

_Barbara T Major_

Barbara L. Major
U.S. Magistrate Judge